UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RACHEL FREEDMAN
JEFFREY GREENBERG

        Plaintiff(s)

V.                                           CIVIL ACTION NO. 20-11369-RWZ

DAN O'BRIEN KIA NORWOOD,
DMO NORWOOD, LLC, AND DAN
O'BRIEN AUTO GROUP

        Defendant(s)

ZOBEL, R.W.

## ORDER OF REMAND

In accordance with the Order dated January 6, 2021 granting plaintiffs' motion to remand, D. 15; it is hereby ORDERED:

Case is REMANDED to Middlesex Superior Court.

                                                              Robert M. Farrell, Clerk

January 6, 2021                                     By: /s/ Haley Currie
                                                                   Deputy Clerk